UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-CR-1006-JES |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| STEVE RODRIGUEZ QUIJANO, | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title, and interest in the currency and vehicle of Defendant STEVE RODRIGUEZ QUIJANO ("Defendant"), pursuant to Title 31, United States Code, Section 5332(b)(2), as the property, real and personal, was involved in the offense set forth in Count 1 of the Information, a violation of Title 31, United States Code, Section 5332(a) and (b); and,

WHEREAS, on or about July 18, 2023, Defendant pled guilty before Magistrate Daniel E. Butcher to the offense set forth in Count 1 of the Information, charging the defendant with Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332(a) and (b), and consented to the forfeiture allegations of the Information, and agreed pursuant to Title 31, United States Code, Sections 5371(c) and 5332 (a)(1), (b)(2), and (c)(3), to forfeit the following properties:

    a. $77,744.00 U.S. Currency;

     b. 2015 Honda Civic, CA License Plate Number 7MGGO69, VIN: 2HGFG4A5XFH705773; and

WHEREAS, on, August 3, 2023, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited properties and the offense; and,

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties, pursuant to Title 31, United States Code, Sections 5371(c) and 5332 (a)(1), (b)(2), and (c)(3) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and,

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties that are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant to Count 1 of the Information, the United States is hereby authorized to take custody and control of the following properties, and all right, title and interest of Defendant STEVE RODRIGUEZ QUIJANO in the properties, which are hereby forfeited to the United States pursuant to Title 31, United States Code, Sections 5371(c) and 5332 (a)(1), (b)(2), and (c)(3), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

     a. $77,744.00 U.S. Currency;

     b. 2015 Honda Civic, CA License Plate Number 7MGGO69, VIN: 2HGFG4A5XFH705773;

2. The forfeited assets are to be held by ("Immigration Custom Enforcement") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited specific properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the specific properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited specific properties and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the specific properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

**IT IS SO ORDERED.**

DATED: 09/14/2023

Honorable James E. Simmons
United States District Judge